IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CTP INNOVATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:13-cv-0601 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| DICKINSON PRESS INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

*[Handwritten annotation: ORDER — The motion is GRANTED and this action is ADMINISTRATIVELY CLOSED pending conclusion of the cited PTAB proceedings. This action may be reopened upon motion of any party. /s/ 8-13-13]*

## JOINT MOTION TO STAY OR CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff CTP Innovations, LLC and Defendant Dickinson Press Inc. jointly move the Court to stay or continue the date for the initial case management conference currently scheduled for August 26, 2013 at 2:00 p.m. The parties have filed simultaneously herewith their Joint Motion to Stay Case Pending Determination of Inter Partes Review Proceedings in which they seek a stay of this case pending determination by the United States Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB") of two petitions seeking to invalidate the two patents-in-suit: U.S. Patent Nos. 6,611,349 and 6,738,155. In light of the parties' joint request to stay the case, the parties respectfully request that the Court to stay or continue the case management conference in the interest of judicial economy and resources of the parties. If the Court grants the motion to stay, the deadlines set at the case management conference would be rendered moot and would need to be reset in the future.

WHEREFORE, the parties respectfully request that the Court stay or continue the case management conference pending determination of the parties' Joint Motion to Stay Case Pending Determination of Inter Partes Review Proceedings.

N SFM 974165 v1
2926018-000177 08/12/2013
Case 3:13-cv-00601   Document 14   Filed 08/12/13   Page 1 of 3 PageID #: 118
Case 3:13-cv-00601   Document 17   Filed 08/13/13   Page 1 of 1 PageID #: 124